UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-CR-00467-4-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

4.    JAMIE VERA-TOPETE,

        Defendants.

_____

### ORDER ON JAMIE VERA-TOPETE'S MOTION TO TRANSFER CUSTODY TO A JUVENILE FACILITY PENDING TRIAL OR FURTHER PROCEEDINGS
_____

This matter came on before the Court pursuant to the Motion of the Defendant Jamie Vera-Topete seeking an Order from this Court transferring the Defendant to a juvenile facility pending trial or further proceedings. The Court having reviewed the Motion and the file in this matter FINDS that the Defendant, Jamie Vera-Topete should be transferred from the custody of the Bureau of Prisons at the Federal Detention Center Englewood to a suitable juvenile facility approved by the U.S. Marshal Service near Denver, CO pending trial or further proceedings before this Court.

WHEREFORE, The Court hereby Orders that the Defendant, Jamie Vera-Topete should be transferred from the custody of the Bureau of Prisons at the Federal Detention Center Englewood to a suitable juvenile facility approved by the U.S. Marshal Service near Denver, CO pending trial or further proceedings before this Court

DATED this ___22nd___ day of December 2005

BY THE COURT:.

        s/Lewis T. Babcock
CHIEF JUDGE, UNITED STATES DISTRICT COURT